# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 28, 2014

## NO. 03-13-00722-CV

**U. S., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### APPEAL FROM 126TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN AND FIELD
### AFFIRMED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the decree signed by the trial court on October 16, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's decree. Therefore, the Court affirms the trial court's decree. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.